*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Roderick T. Meer
    Debtor(s)

Case No: 20–10070–elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the first, second & final installment payment for a total amount of $310.00

will be held before the Honorable Eric L. Frank, United States Bankruptcy Court

on: 6/2/20

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: May 11, 2020

29
Form 175