# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-10070-ELF

RODERICK T. MEER

511 CATHARINE STREET

PHILADELPHIA, PA 19147-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RODERICK T. MEER

511 CATHARINE STREET

PHILADELPHIA, PA 19147-

Counsel for debtor(s), by electronic notice only.

GEORGE R TADROSS
TADROSS LAW
128 CHESTNUT ST., SUITE 204
PHILADELPHIA, PA 19106-

Date: 5/20/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee