**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                       CASE NO.: 20-10070-elf
                                                                                                                  **CHAPTER 13**

**Roderick T. Meer,**
   **Debtor.**

_____/

**REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

                                            Robertson, Anschutz, Schneid & Crane LLC
                                            Attorney for Secured Creditor
                                            10700 Abbott's Bridge Road, Suite 170,
                                            Duluth, GA 30097
                                            Telephone: 470-321-7112

                                            By: /s/Charles Wohlrab
                                                  Charles Wohlrab
                                                  Email: CWohlrab@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 19, 2020, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Roderick T. Meer
511 Catharine Street
 Philadelphia, PA 19147


And via electronic mail to:

GEORGE R. TADROSS
Tadross Law
128 Chestnut Street Suite 204
Philadelphia, PA 19106

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
 Suite 502
Philadelphia, PA 19106


Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Charles Wohlrab
Charles Wohlrab
Email: CWohlrab@rascrane.com