# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Roderick T Meer<br><br>Debtor. | Case No.: 20-10070 elf<br>Chapter 13 |

## MOTION TO WITHDRAWAL DEBTOR

To the Honorable Eric L Frank, Bankruptcy Judge:

      Petitioner, Roderick T Meer, through his attorney, George R. Tadross, Esq., respectfully represents:

      (1)    Petitioner is Roderick T Meer, an adult individual residing at 511 Catharine Street, Philadelphia, PA 19147, who filed a Chapter 13 Bankruptcy to save his home from Foreclosure.

      (2)    Petitioner filed a voluntary Chapter 13 Bankruptcy petition pursuant to section 301 of Title 11, United States Code, on January 6, 2020.

      (3)    Petitioner is unable to maintain the plan payments due to COVID19 and the furlough of his job.

WHEREFORE, Petitioner respectfully requests that this Honorable Court allow him to withdraw from the Chapter 13 Bankruptcy.

Dated: June 22, 2020

/s/George R Tadross
George R Tadross, Esquire
128 Chestnut Street, Suite 204
Philadelphia, PA 19106
215-500-5000 (phone)
267-885-2377 (fax)
Attorney for Debtor
