# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Roderick T Meer

Debtor.

Case No.: 20-10070 elf  
Chapter 13

## **ORDER**

And now, this _____ day of _____, 2020, upon the Motion for Debtor to Withdrawal, of Roderick T Meer (Movant) it is ORDERED that:

1. The debtor Roderick T Meer has been withdrawn.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

DATED: _____

UNITED STATES BANKRUPTCY JUDGE

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:, William Miller ecfemails@ph13trustee.com, and United States Trustee at USTPRegion03.HA.ECF@usdoj.gov.


DATED:  June 22, 2020                    /s/ George R Tadross_____

                                                            George R Tadross, Esquire
                                                            128 Chestnut Street, Suite 204
                                                            Philadelphia, PA 19106
                                                            215-500-5000 (phone)
                                                            267-885-2377 (fax)
                                                            Attorney for Debtor