**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    RODERICK T. MEER, | : | |
|        Debtor | : | Bky. No.  20-10070 ELF |

# O R D E R   D I S M I S S I N G   C H A P T E R   1 3   C A S E

**AND NOW,** the Debtor having filed a Motion to Dismiss Chapter 13 Case, see 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and the court having considered the record and finding that this case has not been converted previously under 11 U.S.C. §§706, 1112 or 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

Date:  6/26/20

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**